

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:KAS

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

5/10/06

*Opposition, if any, must be filed by 5/22/06.*
*So ordered.*

May 4, 2006

**Via Electronic Filing**
**Courtesy Copy Via Interoffice Mail**

Honorable Raymond J. Dearie
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 12 2006 ★

**BROOKLYN OFFICE**

s/Raymond Dearie

Re:  *United States v. Real Property and Premises Known as*
     *28-30 215ᵗʰ Street,*
     <u>Civil Action No. CV-01-2478 (Dearie, J.) (Pohorelsky,</u>
     <u>M.J.)</u>

Dear Judge Dearie:

        The United States respectfully requests that the Court
enter the enclosed Amended Final Partial Decree of Forfeiture for
the above-referenced matter.  The Decree orders that $483,186.39,
("the subject funds") be forfeited to the United States, and
strikes the answer and statement of interest of potential
claimant Fleet National Bank ("Fleet").  As set forth below, the
premises known as 28-30 215th Street, Bayside, New York ("the
subject premises") was forfeited to the United States pursuant to
a Stipulation, Release and Final Partial Decree of Forfeiture
("the Final Decree") in July 2002.  Several months later, Fleet
filed an answer and a statement of interest in the subject
premises.  In December 2003, the United States sold the subject
premises and deposited the subject funds, representing the net
proceeds of the sale, with the United States Marshals Service
pending further order from the Court regarding Fleet's potential
claim to the subject premises.  Fleet has taken no action to
prosecute its claim since that time.  Therefore, and because
Fleet lacks standing to assert any interest in the subject
premises, the United States respectfully requests that the
enclosed Decree be entered and the subject funds forfeited to the
United States.